**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Eugene SUTTON, III, Defendant–Appellant.**

**No. 16–6152.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 19, 2016.

Decided: April 22, 2016.

Eugene Sutton, III, Appellant Pro Se. Robert Frank Daley, Jr., Assistant United

States Attorney, Columbia, South Carolina, for Appellee.

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Sutton, III, appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Sutton,* No. 4:08–cr–00060–TLW–3 (D.S.C. Jan. 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*